UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| WILLIE LEDET, JR., ) | |
| ) | |
| Plaintiff, ) | 3:06-cv-00179-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| S. GIBSON, et al., ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#40) entered on January 26, 2007, in which the Magistrate Judge recommends that Defendant Detective Mike Keating's Motion to Dismiss Complaint as to Alleged Unlawful Search (#19) be denied. The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #40) entered on January 26, 2007, should be adopted and accepted.

/ / /

/ / /

/ / /

/ / /

/ / /

1       IT IS THEREFORE ORDERED that the United States Magistrate Judge's Report and Recommendation (#40) entered on January 26, 2007, is adopted and accepted and Defendant Detective Mike Keating's Motion to Dismiss Complaint as to Alleged Unlawful Search (#19) is DENIED.

      IT IS SO ORDERED.

      DATED this 9th day of March, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE