UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| WILLIE LEDET, JR.,            )<br>                                              )<br>       Plaintiff,                    )<br>                                              )<br>v.                                          )<br>                                              )<br>RENO POLICE DEPARTMENT  )<br>DETECTIVE GIBSON, et al.,    )<br>                                              )<br>       Defendants.                )<br>_____ ) | 3-06-cv-00179-LRH (VPC)<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#80) entered on September 5, 2007, in which the Magistrate Judge recommends that Defendants' Motion to Dismiss (#50) be denied. No objection to the Report and Recommendation was filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

1 | ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2 | Magistrate Judge (#80); therefore, Defendants' Motion to Dismiss (#50) is denied.
3 | IT IS SO ORDERED.
4 | DATED this 29th day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE