UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| WILLIE LEDET, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RENO POLICE DEPARTMENT )<br>DETECTIVE GIBSON, et al., )<br>)<br>Defendants. )<br>_____) | 3-06-cv-00179-LRH (VPC)<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#83) entered on September 28, 2007, in which the Magistrate Judge recommends that Defendant Mike Keating's Motion for Partial Summary Judgment (#62) be granted. No objection to the Report and Recommendation was filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

///

///

///

///

///

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2 Magistrate Judge (#83); therefore, Defendant Mike Keating's Motion for Partial Summary Judgment
3 (#62) is granted.

4       IT IS SO ORDERED.

5       DATED this 29th day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE