UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIE C. LEDET, JR., | ) | 3:06-CV-00179-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 9, 2007 |
| | ) | |
| GIBSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On July 10, 2007, plaintiff filed a motion for partial summary judgment on the pleadings (#77). In his motion, plaintiff invoked Federal Rules of Civil Procedure 12, 54 and 56. *Id*. On July 20, 2007, defendants filed a motion for a more definite statement, requesting that the court order plaintiff to clarify pursuant to which rule he is brining his motion (#78). The court granted defendants' motion on October 23, 2007, and ordered plaintiff to file an amended motion for partial summary judgment by November 2, 2007 (#85). The court's order was returned on October 29, 2007, stamped "paroled" and "return to sender" (#86). This is not the first piece of mail that has been returned to the court stamped "paroled." *See* # 81, 82, 84 and 89. The Local Rules of Special Proceedings and Appeals, which pertain to prisoner cases, state "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." LSR 2-2.

To date, plaintiff has failed to notify the court of a forwarding address. Plaintiff has also failed to comply with this court's October 23, 2007 order to file an amended motion for partial summary judgment. As such, plaintiff's motion for partial summary judgment on the pleadings (#77) is **DENIED**.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
   Deputy Clerk