UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| WILLIE LEDET, JR., | ) |
| Plaintiff, | ) 3:06-cv-00179-LRH (VPC) |
| v. | ) O R D E R |
| GIBSON, et al., | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#92) entered on November 27, 2007, in which the Magistrate Judge recommends that Defendants Keating and Laffins' Motion for Partial Summary Judgment (#64) be granted. No objection was filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#92); therefore, Defendants Keating and Laffins' Motion for Partial Summary Judgment (#64) is granted.

      IT IS SO ORDERED.

      DATED this 27th day of December, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE