AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

WILLIE LEDET, JR.,

      Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                                   CASE NUMBER: **3:06-cv-00179-LRH-(VPC)**

RENO POLICE DEPARTMENT
DETECTIVE GIBSON, et al.,

      Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for Plaintiff's failure to inform the Court of his current address.

  January 14, 2008                                          **LANCE S. WILSON**
                                                                        Clerk

                                                                  /s/ Katie Lynn Ogden
                                                                      Deputy Clerk